IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Chiquita Canduss Carter

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Apostolic Ambassadors World Outreach
Deke Effiong
Grace Effiong

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. TJS 21CV2787

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Chiquita Carter
Street Address  7907 Brooks Place
City and County Greenbelt Prince George
State and Zip Code Maryland 20770
Telephone Number 301-532-9516
E-mail Address  Carter Chiquita 27@gmail (all lower case letters)

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name            Deke Effions
Job or Title    Pastor
(if known)
Street Address  7921 Belle Point Dr
City and County Greenbelt Prince George
State and Zip Code Maryland 20770
Telephone Number 240-612-72-74 301-4124717
E-mail Address  Apostolic.Ambassador101.@gmail.Com
(if known)

2

Defendant No. 2

Name — Grace Effions

Job or Title (if known) — Pastors Wife

Street Address — 7921 Belle Point Dr

City and County — Green belt   Prince George

State and Zip Code — Maryland   20770

Telephone Number — 301 535 - 8064

E-mail Address (if known) — www.gawo.faith.com  Apostolicabassador@gmail.com

Defendant No. 3

Name —

Job or Title (if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

Defendant No. 4

Name —

Job or Title (if known) —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address (if known) —

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Religious freedom protection  Religious Trama Syndrome emotional injuey as results from religious acts and Communication En Slaving Authorition Structure Demanding Loyalty's honor

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Chiquita Carter, is a citizen of the State of *(name)* Washington D.C.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* DeKe and Grace Effiong is incorporated under the laws of the State of *(name)* Maryland, and has its principal place of business in the State of *(name)* Maryland.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Deke Effions , is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* Africa .

b. If the defendant is a corporation

The defendant, *(name)* Deke Effions , is incorporated under the laws of the State of *(name)* Maryland , and has its principal place of business in the State of *(name)* Maryland . *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

22 Million Religious Tramua Sydrome and Mental disorder. With overlapping with my Bipolar Sydrome and Clinical depression I've been Ostracized from closeit community

5

III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Grace Effiong is owner of Beulahbraids were on September 23rd 2021 her husband was introduced to me I was getting my hair done to last me 3 months while I went in a intensive inpatient program up at Maya Angelo House through Somes program located in Washington DC where I told hair stylist that introduced me to Pastor that I was going to be with God and be delivered from addiction that it was a year program that would help me with Consuling for addiction and past tramaua and that they would help me with housing Job traing and Schooling for the rest of my life because I was trying to be a good example for my kids the Pastor Deke Effiong informed me that God told him that God had a better plan that he did not want me to go to mountains that God was going to bless me. So he told me I need to marry God and not commit adultry. He also said he seen a witch Standing be hidd me after I testifed of being Sexually abused by close relatives. He said my grandmother used my body as a living Sacrafice he then hit me on my fore head really hard I fell to the floor crying in fear of the witch and the demons and bullets he said he seen leave my body. He then told me to change my name and number not to talk to anyone from my past. Then they paid and told me to move close to Church cause I lived in D.C. Then told me to give until it hurts. Then he got me a job and he told the whole Church on Sunday I was smolested by my dad I attended Church today 5 a week long hours my whole life was in the Church until hurmuncpulated he snamed me made me feel condemnation and fear through Sermons and this wife talked about how I looked and dressed I was Suicidal and I am and feel hopelessly depressed and betrayed

IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Struggling with fitting in and belonging I have Religious Stress Syndrome with underlapping issues. I have difficulties trusting others my self worth has change I Isolate and am depressed I have grief I feel conflicted from emotions of being obstracize and liberated Mental anguish (eating disorder sleep disorder)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-29 , 2021.

Signature of Plaintiff    *Chiquita Carter*
Printed Name of Plaintiff    Chiquita Carter

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
Telephone Number    _____
Email Address    _____

8